AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1   Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For a Petty Offense) — Short Form |
| BERNELL L. HENDERSON | Case No.  2:14-PO-400-JTR-1 |
| | USM No.  N/A (do not process) |
| | Meredith B. Esser |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   1 of the Citation

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 13 | Driving While License Suspended 3rd Degree | 11/26/2014 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment/Processing Fee | Fine |
|---|---|---|
| Total: | $ 35.00 | $ 75.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  3573

Defendant's Year of Birth:  1964

City and State of Defendant's Residence:
Spokane, WA

05/20/2015
Date of Imposition of Judgment

Signature of Judge

John T. Rodgers    Magistrate Judge, U.S. District Court
Name and Title of Judge

05/21/2015
Date

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAY 21 2015
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON